IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLEN BISHOP                                                                                    PLAINTIFF

VS.                                       CASE NO. 07-CV-4060

TYSON FOODS, INC.                                                                        DEFENDANT

## ORDER

The above styled and numbered case is currently set for trial the week of January 20, 2009. The Court finds, *sua sponte,* that this matter should be continued. Accordingly, the trial of the above-captioned matter is hereby continued and will be reset for trial at a later date. The deadlines imposed by the Court's previous scheduling order are hereby lifted until further notice.

IT IS SO ORDERED, this 7th day of January, 2009.

       /s/Harry F. Barnes
       Hon. Harry F. Barnes
       United States District Judge