IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLEN BISHOP                                                                                    PLAINTIFF

VS.                                              CASE NO. 07-CV-4060

TYSON FOODS, INC.                                                                          DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant Tyson Foods, Inc.  (Doc. No. 49).  The Plaintiff, Allen Bishop, has responded to the motion. (Doc. No. 52).  Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**.  Plaintiff Allen Bishop's claims against Defendant Tyson Foods, Inc. are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 14th day of September, 2009.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge